UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: PRO SE LITIGATION

24MC127

THIS MATTER RELATES TO: Duty of Self-Represented Parties to Keep Address Information Current

AMENDED STANDING ORDER
M10-468

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address of record. Service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information.

If the court receives information that the address of record for a self-represented party is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the self-represented party's last known address and will also be viewable on the court's electronic docket. A party's failure to provide a valid address will not, however, preclude dismissal with prejudice for other reasons.

A self-represented defendant who fails to comply with this Order by informing the court of a change of address or electronic contact information will be at risk of default or other sanctions.

Self-represented parties may consent to electronic service to receive email notifications of all court filings, including court orders and all submissions filed by all parties. A party who consents to electronic service no longer receives regular mail delivery

of court orders or submissions by other parties. Parties also may ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms.

A notice directing the parties' attention to this Order shall be docketed (and mailed to any self-represented party who has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records, or upon notice to the court that a party is proceeding pro se.

The Clerk of Court is directed to change the caption on 24-MC-127 to "In Re: Pro Se Litigation."

SO ORDERED.

Dated: August 19, 2026
New York, New York

LAURA TAYLOR SWAIN
Chief United States District Judge