UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CARLOS FELIPE CRUZ ex rel. PABLO RODRIGUEZ,

Petitioner,

-against-

NEW YORK FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, et al.,

Respondents.

26-CV-07276 (JAV)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

JEANNETTE A. VARGAS, United States District Judge:

Pablo Rodriguez, acting as next friend for Petitioner Jose Carlos Felipe Cruz, brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. To proceed, a petition for a writ of *habeas corpus* requires payment of a $5.00 filing fee or, submission of a request to proceed *in forma pauperis* (IFP). *See* 28 U.S.C. §§ 1914, 1915.

The petition was submitted without the filing fee or an IFP application. Within thirty days of the date of this order, the $5.00 filing fee must be submitted or the attached IFP application must be completed and submitted. If the IFP application is submitted, it should be labeled with docket number 26-CV-07276 (JAV). If the Court grants the IFP application, this action will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

Payment of the fee can be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include docket number 26-CV-07276 (JAV). Personal checks are not accepted. Payment of the fees also can be made in person at the

courthouse by credit card, money order, certified check, or cash. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to transmit a copy of this order to Petitioner's next friend, Pablo Rodriguez, at the following email address: pablorodriguez11@proton.me.

SO ORDERED.

Dated: August 27, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge