UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CARLOS FELIPE CRUZ ex rel. PABLO RODRIGUEZ,

Petitioner,

-against-

NEW YORK FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, et al.,

Respondents.

26-CV-07276 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Petitioner has, through next friend Pablo Rodriguez, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. ECF No. 1. On August 26, 2026, this Court issued an order directing the government to file a letter responding to the inquiries as set forth in the order. ECF No. 4. The Government's response, filed on August 28, 2026, included a request for an order to be filed on the docket that would provide "the exact time of the filing of Petitioner's habeas petition on August 26, 2026," as well as the attachment of "any email correspondence from petitioner or his representative to the Court that attached his petition" to aid in the Government's evaluation of whether venue is proper in this Court. ECF No. 8 at 1.

On August 26, 2026, at 1:16 a.m., the Court received, by email, the Petition for the Writ of Habeas Corpus filed by Petitioner's next friend Pablo Rodriguez. A copy of the aforementioned email is attached to this order.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

| | |
|---|---|
| **From:** | pablorodriguez11 |
| **To:** | Pro Se Filing; Garnett NYSD Chambers |
| **Subject:** | EMERGENCY: Pro Se Filing — Immigration Case Fee Paid |
| **Date:** | Wednesday, August 26, 2026 1:15:57 AM |
| **Attachments:** | EMERGENCY HABEAS PETITION - JOSE CARLOS FELIPE CRUZ.pdf |

**CAUTION - EXTERNAL:**

Good evening, attached is a next friend Emergency Habeas Petition for JOSE CARLOS FELIPE CRUZ

He is located at 26 Federal Plaza and in danger of being transferred out of the district.

Thank you,
Pablo Rodriguez
Petitioner

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.