UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JOSE CARLOS FELIPE CRUZ ex rel. PABLO RODRIGUEZ,
Petitioner,

-v-

NEW YORK FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, et al.,
Respondents.

-------------------------------------------------------------------X

26-CV-07276 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated during the hearing held on October 15, 2026, the Court **GRANTS** Petitioner's petition for the writ of *habeas corpus* under 28 U.S.C. § 2241 (ECF No. 1) and **ORDERS** that the Petitioner promptly be released from Respondents' custody.

The Court **ORDERS** Respondents to show cause as to why ICE Officer Dmitry Rousseau should not be subject to sanctions pursuant to the Court's inherent authority for submitting or causing to be submitted a declaration containing false statements to the Court, by **Thursday, October 22, 2026**. The Court further **ORDERS** Respondents' counsel, Tudor Neagu, to show cause by **Thursday, October 22, 2026,** as to why sanctions should not be issued against him pursuant to Rule 16(f)(1)(B) or the Court's inherent authority for failure to be substantially prepared for today's conference.

SO ORDERED.

Dated: October 16, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge